UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-CR-388 (RHK/JSM)

==========================================================================

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF WITHDRAWAL OF PLEA** |
| | ) | |
| | ) | |
| Brian Miranda-Ortiz, | ) | |
| | ) | |
| Defendant. | ) | |

==========================================================================

Defendant Brian Miranda-Ortiz hereby notifies the Court that he moves to withdraw his plea of guilty in the above-captioned matter, which was entered but not accepted on April 3, 2015.  The basis for this notice is Fed. R. Crim. P. 11(d)(1). Prior to filing this notice, counsel for Mr. Miranda-Ortiz advised the government of his intention to withdraw his plea.  The government expressed that they would object to this request.

Counsel for the Defendant is requesting a hearing to orally argue the Notice of Withdrawal of Plea.

Respectfully submitted,

Pacyga & Associates, P.A.

Dated:  July 22, 2015.           By: /s/ Ryan M. Pacyga_____
                                      Ryan M. Pacyga (#321576)
                                      333 South Seventh Street, Suite 2850
                                      Minneapolis, MN 55402
                                      612-339-5844 (phone)
                                      E-mail:  ryan@arrestedmn.com